UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: GLEASON, JOHN W  § Case No. 08-73674
GLEASON, JUDITH L  §
 §
Debtors  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 67,008.73 |
| *and approved disbursements of* | $ 87.23 |
| *leaving a balance of* | $ 66,921.50 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                         *Proposed Payment*
                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $ 6,600.29 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 3,060.00 | $ 45.00 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | RSM McGladrey, Inc. | $ 1,875.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,110.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | All Tile | $ 3,071.70 | $ 1,787.22 |
| 3 | Advanta Bank Corp. | $ 41,390.92 | $ 24,082.60 |
| 4 | American Express Centurion Bank | $ 27,667.69 | $ 16,097.97 |
| 5 | American Express Bank, FSB | $ 20,249.48 | $ 11,781.81 |
| 6 | American Express Centurion Bank | $ 2,429.62 | $ 1,413.63 |
| 8 | GE Money Bank/JCPenney Credit Services | $ 300.89 | $ 175.07 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*              *Allowed Amt. of Claim*   *Proposed Payment*
                            N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*              *Allowed Amt. of Claim*   *Proposed Payment*
                            N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

      The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

    211 South Court Street
    Room 110
    Rockford, IL 61101

      Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

      If local court rules so require, the following procedure for objecting must be followed:

      Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/17/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Date: __07/24/2009__      By: __/s/STEPHEN G. BALSLEY__
                                                          Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez               Page 1 of 1          Date Rcvd: Jul 27, 2009
Case: 08-73674                Form ID: pdf006             Total Noticed: 30

The following entities were noticed by first class mail on Jul 29, 2009.
db/jdb        +John W Gleason,   Judith L Gleason,   14824 Chais Court West,   Hinckley, IL 60520-6305
aty           +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
tr            +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
12859400      +AMCORE MORTGAGE,   Attn: Denece Poff,   1210 S. Alpine Rd.,   Rockford, IL 61108-3946
12859398       Advanta,   PO Box 8088,   Philadelphia, PA 19101-8088
13048230       Advanta Bank Corp,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12859399      +All Tile,   1201 Chase Avenue,   Elk Grove, IL 60007-4837
12859401       American Express,   BOX 0001,   Los Angeles, CA 90096-0001
13646182       American Express Bank, FSB,   POB 3001,   Malvern, PA 19355-0701
13646161       American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
12859403      +BANK OF AMERICA MORTGAGE,   P.O. Box 9000,   475 CrossPoint Parkway,   Getzville, NY 14068-1609
12859402       Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
12859404       Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
12859405      +Carpet Cushion,   24193 Network Place,   Chicago, IL 60673-1241
12859406      +Chase,   c/o Law Offices of Douglas Johnson,   77 W. Wacker Drive, Suite 4800,
                Chicago, IL 60601-1664
12859407       Chase BP Private Label,   P.O. Box 15298,   Wilmington, DE 19850-5298
12859408      +Dal Tile,   2019 Corporate,   #119,   Naperville, IL 60563-9748
12859409      +FORD MOTOR CREDIT CORPORATION,   P.O. Box 6440,   9930 Federal Drive,
                Colorado Springs, CO 80921-3664
12859410      +GM Business Card,   P.O. Box 15153,   Wilmington, DE 19850-5153
12859411      +GMAC ***,   % CT Corporation System,   208 S. LaSalle Street, Sutie 814,   Chicago, IL 60604-1000
12859412      +Home Depot,   P.O. Box 6029,   The Lakes, NV 88901-6029
12859415      +Portobello,   1822 SW 2nd Street,   Pompano Beach, FL 33069-3115
12859416      +RESOURCE BANK,   Attn Suzy VanBuren,   555 Bethany Road,   DeKalb, IL 60115-4941
12859417       Shell Credit Card,   P.O. Box 689081,   Des Moines, IA 50368-9081
12859418      +Tim Gleason,   202 W. Potomac,   Lombard, IL 60148-1559
12859419      +US Bank Home Mortgage,   4801 Frederica St.,   Owensboro, KY 42301-7441
12859420      +Worldwide Tile,   5621 West 115th Street,   Alsip, IL 60803-5125

The following entities were noticed by electronic transmission on Jul 28, 2009.
12859398       E-mail/Text: DL_EBN@advanta.com                            Advanta,   PO Box 8088,
                Philadelphia, PA 19101-8088
13048230       E-mail/Text: DL_EBN@advanta.com                            Advanta Bank Corp,
                c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12859413      +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2009 02:48:56      JC Penny,   P.O. Box 981131,
                El Paso, TX 79998-1131
12859414       E-mail/PDF: cr-bankruptcy@kohls.com Jul 28 2009 02:49:04      KOHL'S,   Attn: Bankruptcy Dept.,
                P.O. BOX 3083,   Milwaukee, WI 53201-3083
13668349      +E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2009 02:47:02
                Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
13646280*      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
13646281*      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
                                                                                           TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2009**                              **Signature:** *Joseph Speetjens*