# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-73674
Case Name: GLEASON, JOHN W
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $ 6,600.29 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 3,060.00 | $ 45.00 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | RSM McGladrey, Inc. | $ 1,875.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                  *Fees*              *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*    *Claimant*                              *Allowed Amt. of Claim*    *Proposed Payment*
                                    N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,110.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | All Tile | $ 3,071.70 | $ 1,787.45 |
| 3 | Advanta Bank Corp. | $ 41,390.92 | $ 24,085.72 |
| 4 | American Express Centurion Bank | $ 27,667.69 | $ 16,100.06 |
| 5 | American Express Bank, FSB | $ 20,249.48 | $ 11,783.34 |
| 6 | American Express Centurion Bank | $ 2,429.62 | $ 1,413.82 |
| 8 | GE Money Bank/JCPenney Credit Services | $ 300.89 | $ 175.09 |

**UST Form 101-7-TFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant                         Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant                         Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (4/1/2009)**