# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: GLEASON, JOHN W § Case No. 08-73674
GLEASON, JUDITH L §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $356,415.00 | Assets Exempt: $115,304.00 |
| Total Distribution to Claimants: $55,345.48 | Claims Discharged Without Payment: $207,134.52 |
| Total Expenses of Administration: $11,667.52 | |

3) Total gross receipts of $ 67,013.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $67,013.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $380,433.00 | $42,090.74 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,667.52 | 11,667.52 | 11,667.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 167,369.70 | 97,539.92 | 95,110.30 | 55,345.48 |
| **TOTAL DISBURSEMENTS** | $547,802.70 | $151,298.18 | $106,777.82 | $67,013.00 |

    4) This case was originally filed under Chapter 7 on November 12, 2008. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2009    By: /s/STEPHEN G. BALSLEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 57560 Oak Road, Merrimac WI | 1110-000 | 40,000.00 |
| 325 North Birch, Waterman, IL | 1110-000 | 14,000.00 |
| 203 East Commanche, Shabbona, IL | 1110-000 | 13,000.00 |
| Interest Income | 1270-000 | 13.00 |
| **TOTAL GROSS RECEIPTS** | | **$67,013.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Resource Bank | 4110-000 | N/A | 42,090.74 | 0.00 | 0.00 |
| AMCORE Mortgage | 4110-000 | 86,000.00 | N/A | N/A | 0.00 |
| Bank of America Mortgage | 4110-000 | 54,000.00 | N/A | N/A | 0.00 |
| U.S. Bank Home Mortgage | 4110-000 | 146,000.00 | N/A | N/A | 0.00 |
| Resource Bank | 4110-000 | 78,000.00 | N/A | N/A | 0.00 |
| Ford Motor Credit Corporation | 4210-000 | 10,832.00 | N/A | N/A | 0.00 |
| GMAC | 4210-000 | 5,601.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $380,433.00 | $42,090.74 | $0.00 | $0.00 |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 6,600.29 | 6,600.29 | 6,600.29 |
| Stephen G. Balsley | 3110-000 | N/A | 3,060.00 | 3,060.00 | 3,060.00 |
| Stephen G. Balsley | 3120-000 | N/A | 45.00 | 45.00 | 45.00 |
| RSM McGladrey, Inc. | 3410-000 | N/A | 1,875.00 | 1,875.00 | 1,875.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 87.23 | 87.23 | 87.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 11,667.52 | 11,667.52 | 11,667.52 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| All Tile | 7100-000 | N/A | 3,071.70 | 3,071.70 | 1,787.45 |
| Advanta Bank Corp. | 7100-000 | N/A | 41,390.92 | 41,390.92 | 24,085.72 |
| American Express Centurion Bank | 7100-000 | N/A | 27,667.69 | 27,667.69 | 16,100.06 |
| American Express Bank, FSB | 7100-000 | N/A | 20,249.48 | 20,249.48 | 11,783.34 |
| American Express Centurion Bank | 7100-000 | N/A | 2,429.62 | 2,429.62 | 1,413.82 |
| American Express Centurion Bank | 7100-000 | N/A | 2,429.62 | 0.00 | 0.00 |
| GE Money Bank/JCPenney Credit Services | 7100-000 | N/A | 300.89 | 300.89 | 175.09 |
| GM Business Card | 7100-000 | 4,945.00 | N/A | N/A | 0.00 |
| Chase BP Private Label | 7100-000 | 11,759.00 | N/A | N/A | 0.00 |
| Dal Tile | 7100-000 | 9,918.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Home Depot | 7100-000 | 5,127.00 | N/A | N/A | 0.00 |
| Kohl's | 7100-000 | unknown | N/A | N/A | 0.00 |
| World Tile | 7100-000 | 2,595.00 | N/A | N/A | 0.00 |
| Portobello | 7100-000 | 3,311.00 | N/A | N/A | 0.00 |
| Shell Credit Card | 7100-000 | 1,779.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 84,741.70 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | unknown | N/A | N/A | 0.00 |
| Carpet Cushion | 7100-000 | 2,243.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 21,974.00 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 18,977.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 167,369.70 | 97,539.92 | 95,110.30 | 55,345.48 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-73674
Case Name: GLEASON, JOHN W
              GLEASON, JUDITH L
Period Ending: 10/13/09

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 11/12/08 (f)
§341(a) Meeting Date: 12/16/08
Claims Bar Date: 03/25/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 14824 Chais Court West, Hinckley IL | 220,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 57560 Oak Road, Merrimac WI | 100,000.00 | 40,000.00 | | 40,000.00 | FA |
| 3 | 325 North Birch, Waterman, IL | 50,000.00 | 14,000.00 | | 14,000.00 | FA |
| 4 | 203 East Commanche, Shabbona, IL | 50,000.00 | 13,000.00 | | 13,000.00 | FA |
| 5 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Whole life policy | 77,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Debtors' interest in Gleason Partners, LLC | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2005 Ford F150 | 10,510.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2004 Chevrolet Trail Blazer | 7,905.00 | 0.00 | DA | 0.00 | FA |
| 10 | Pontoon boat | 4,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 13.00 | FA |
| 11 | Assets    Totals (Excluding unknown values) | $556,415.00 | $67,000.00 | | $67,013.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   June 30, 2009        Current Projected Date Of Final Report (TFR):   June 4, 2009  (Actual)

Printed: 10/13/2009 12:03 PM    V.11.50

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-73674  
**Case Name:** GLEASON, JOHN W  
GLEASON, JUDITH L  
**Taxpayer ID #:** 54-6935898  
**Period Ending:** 10/13/09  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****55-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/09 | | Timothy Gleason | Purchase of real estate | | 67,000.00 | | 67,000.00 |
| | {2} | | 40,000.00 | 1110-000 | | | 67,000.00 |
| | {3} | | 14,000.00 | 1110-000 | | | 67,000.00 |
| | {4} | | 13,000.00 | 1110-000 | | | 67,000.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 67,000.45 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.73 | | 67,003.18 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.64 | | 67,005.82 |
| 05/29/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/29/2009 FOR CASE #08-73674, Bond payment | 2300-000 | | 87.23 | 66,918.59 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.91 | | 66,921.50 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.82 | | 66,924.32 |
| 08/17/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 1.45 | | 66,925.77 |
| 08/17/09 | | To Account #********5566 | Transfer funds from MMA to checking | 9999-000 | | 66,925.77 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 67,013.00 | 67,013.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 66,925.77 | |
| **Subtotal** | 67,013.00 | 87.23 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$67,013.00** | **$87.23** | |

{} Asset reference(s)            Printed: 10/13/2009 12:03 PM   V.11.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-73674 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | GLEASON, JOHN W | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | GLEASON, JUDITH L | | Account: | ***-*****55-66 - Checking Account |
| Taxpayer ID #: | 54-6935898 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/13/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/17/09 | | From Account #********5565 | Transfer funds from MMA to checking | 9999-000 | 66,925.77 | | 66,925.77 |
| 08/17/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $3,060.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,060.00 | 63,865.77 |
| 08/17/09 | 102 | Stephen G. Balsley | Dividend paid 100.00% on $45.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 45.00 | 63,820.77 |
| 08/17/09 | 103 | RSM McGladrey, Inc. | Dividend paid 100.00% on $1,875.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,875.00 | 61,945.77 |
| 08/17/09 | 104 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $6,600.29, Trustee Compensation; Reference: | 2100-000 | | 6,600.29 | 55,345.48 |
| 08/17/09 | 105 | All Tile | Dividend paid 58.19% on $3,071.70; Claim# 1; Filed: $3,071.70; Reference: 3080 | 7100-000 | | 1,787.45 | 53,558.03 |
| 08/17/09 | 106 | Advanta Bank Corp. | Dividend paid 58.19% on $41,390.92; Claim# 3; Filed: $41,390.92; Reference: 0015 | 7100-000 | | 24,085.72 | 29,472.31 |
| 08/17/09 | 107 | American Express Centurion Bank | Dividend paid 58.19% on $27,667.69; Claim# 4; Filed: $27,667.69; Reference: 1001 | 7100-000 | | 16,100.06 | 13,372.25 |
| 08/17/09 | 108 | American Express Bank, FSB | Dividend paid 58.19% on $20,249.48; Claim# 5; Filed: $20,249.48; Reference: 1006 | 7100-000 | | 11,783.34 | 1,588.91 |
| 08/17/09 | 109 | American Express Centurion Bank | Dividend paid 58.19% on $2,429.62; Claim# 6; Filed: $2,429.62; Reference: 5004 | 7100-000 | | 1,413.82 | 175.09 |
| 08/17/09 | 110 | GE Money Bank/JCPenney Credit Services | Dividend paid 58.19% on $300.89; Claim# 8; Filed: $300.89; Reference: 5892 | 7100-000 | | 175.09 | 0.00 |

|  |  |  |
| --- | --- | --- |
| ACCOUNT TOTALS | 66,925.77 | 66,925.77 | $0.00 |
| Less: Bank Transfers | 66,925.77 | 0.00 | |
| Subtotal | 0.00 | 66,925.77 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $66,925.77 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****55-65 | 67,013.00 | 87.23 | 0.00 |
| Checking # ***-*****55-66 | 0.00 | 66,925.77 | 0.00 |
| | $67,013.00 | $67,013.00 | $0.00 |

{} Asset reference(s)

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 01, 2009 through September 30, 2009
Account Number: ▓▓▓▓▓▓▓▓▓▓

**CUSTOMER SERVICE INFORMATION**

Service Center: ▓▓▓▓▓▓▓▓▓▓

00018247 DBI 802 24 27409 - NNNNN  1 000000000 60 0000
08-73674 GLEASON JOHN W
GLEASON JUDITH L DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



## CHECKING SUMMARY

Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
| --- | --- | --- |
| Beginning Balance |  | $53,382.94 |
| Checks Paid | 4 | - 53,382.94 |
| Ending Balance | 4 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
| --- | --- | --- |
| 106 | 09/02 | $24,085.72 |
| 107 | 09/02 | 16,100.06 |
| 108 | 09/02 | 11,783.34 |
| 109 | 09/02 | 1,413.82 |
| **Total Checks Paid** |  | **$53,382.94** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
| --- | --- |
| 09/02 | $0.00 |

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 01, 2009 through September 30, 2009
Account Number: ███████████

## CUSTOMER SERVICE INFORMATION

Service Center: ███████████



00018246 DBI 802 24 27409 - NNNNN  6 000000000 60 0000
08-73674 GLEASON JOHN W
GLEASON JUDITH L DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## SAVINGS SUMMARY | Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $0.00 |
| Ending Balance | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $13.00 |

This account earns interest daily and the current interest rate is 0.05%.

The total interest paid this year is $13.00.

10/1/09

Page 1 of 1